U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 2 2018

TONY R. MOORE, CLERK
BY: _____ MB
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RONALD IRBY, <br> Plaintiff | CIVIL ACTION NO. 1:18-CV-1330; SEC P |
| VERSUS | |
| JAMES LEBLANC, ET AL., <br> Defendants | JUDGE DRELL <br> MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Irby's Motion for Preliminary Injunction and/or Temporary Restraining Order (Doc. 3) is **DENIED**.

**SIGNED** this 12 day of December 2018, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT